IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA

v.

ALBERT STANLEY WEATHERBY III

Case No. **25-MJ-190**

**Filed Under Seal**

## CRIMINAL COMPLAINT

I, Jarrod Birchler, a Special Agent ("SA") with the Federal Bureau of

Investigation ("FBI") being first duly sworn, the complainant in this case, state that the following

is true to the best of my knowledge and belief.

### COUNT ONE

The United States Attorney charges that from in or about July 2024 and continuing to on

or about September 22, 2025, in the Eastern District of Tennessee, the defendant, Albert Stanley

WEATHERBY III, did knowingly and willfully transmit in interstate commerce

communications, that is, text messages, and the communications contained threats to injure the

person of another, in violation of Title 18, United States Code, Section 875(c).

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and

have been since January 2016.  I am currently assigned to the Knoxville Division, Johnson City

Resident Agency.  In connection with my official FBI duties, I have investigated, among others,

cases involving controlled substances, murder, assault, kidnapping, wire fraud, financial crimes,

and investigations involving national security.  Over the previous nine years, I have also been

involved in various types of physical and electronic surveillance, the preparation and execution of arrest and search warrants, to include search warrants for electronic communications, Pen Register Trap and Trace warrants, as well as in the debriefing of defendants, witnesses, informants and others who have knowledge of criminal activities.

2.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 875(c) (Threatening Interstate Communications) have been committed by ALBERT STANLEY WEATHERBY III.

3.      The statements contained in this affidavit are based on my personal observations; information provided to me by other agencies; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training and background as a Special Agent with the FBI. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that violations of Title 18 U.S.C. § 875(c) (Threatening Interstate Communications) have been committed by ALBERT STANLEY WEATHERBY III.

## **PROBABLE CAUSE**

1.      On October 29, 2024, ████████████████████ reported to the Federal Bureau of Investigation (FBI) Johnson City Resident Agency (JCRA) that Albert Stanley Weatherby ("Weatherby"), sent threatening text messages regarding a contentious lawsuit between ██████ and Weatherby.

2.      ████████ received text messages with what he regarded as threats from phone number 305-422-9232. While ██████ had never known Weatherby to use this phone number,

2

references to a lawsuit led him to believe it was Weatherby who sent the text messages. One of

the more concerning text message strings stated:

>"Tick Tock Mr. ███ Your days are winding down, be sure to make your final arrangements and enjoy your money in hell. The amount of suffering you have coming your way shall be one of which is insurmountable."

>"We are getting close."

>"Our first stop shall be at 111 Gilchrist St Apt 3 Punta Gorda, Fl 33950. She's seems like a pretty girl."

>"You see Mr. ███ people like you do not understand pain and loss. The money you have stolen over the years will be taken out of you and your families blood."

>"Tick tock tick tock."

3.      ███ stated address 111 Gilchrist St Apt 3 Punta Gorda, Fl 33950 was

previously his daughter's home address.

4.      A Grand Jury subpoena was served to Telynx, LLC for records related to phone

number 305-422-9232. On January 6, 2025, the writer received a response from Telynx, LLC

with listed subscriber for phone number 305-422-9232 as:

>Subscriber information for +13054229232:
>
>Subscriber contact: Amanda Pietrocola / Momentum Technology
>
>Subscriber address: 11205 Lebanon Road, Unit 364, Mount Juliet, TN 37122
>
>Subscriber phone number: +16155585494
>
>Subscriber email: vendors@momentumtech.io

5.      Based on communications with SpoofCard, LLC Custodian of Records and

through Momentum Technology and SpoofCard websites, it was learned that Momentum

Technology is headquartered in Mt. Juliet, TN and owns the subsidiary company SpoofCard,

3

LLC that provides an application-based platform, SpoofCard, which has "the ability to call and text from a virtual number to protect your personal information and privacy."[1]

6.     A Grand Jury subpoena was served to Momentum Technology for subscriber information related to phone number 305-422-9232. On January 28, 2025, the writer received a response from Momentum Technology which listed phone number 423-609-5781 as the real number using spoof number 305-422-9232.

7.     The Grand Jury returns from Momentum Technology also revealed phone number 423-609-5781 using spoof number 305-422-9232 contacted phone number ▓▓▓▓▓, which was used by Thomas ▓▓▓▓ 15 times via voice calls and 7 times via SMS messages between July 2024 and August 2024. Furthermore, the returns show the SpoofCard application on an Apple iOS system was used to create the spoof number.

8.     Based on open-source information that phone number 423-609-5781 was owned by Verizon a Grand Jury subpoena was served to Verizon. On February 7, 2025, Verizon provided returns revealing the phone was operated by the reseller Comcast.

9.     Based on this information a Grand Jury subpoena was served to Comcast who provided returns dated March 31, 2025, with the listed subscriber for phone number 423-609-5781:

> Target Phone No:    (423) 609-5781
>
> Subscriber Name:    STAN  WEATHERBY
>
> Service Address:    156 RIDGEHEIGHTS DR
>
>                       JOHNSON CITY, TN 37615
>
> Billing Address:    STAN  WEATHERBY,

---

[1] https://www.spoofcard.com/

4

156 RIDGEHEIGHTS DR

JOHNSON CITY, TN 37615

| | |
|---|---|
| Type of Service: | Mobile |
| Status: | Active |
| IMEI: | 356371487367539 |
| IMSI: | 311480014958525 |
| Make/Model: | Apple iPhone 15 Pro Max |

10. On May 7, 2025, ▆▆▆▆▆▆ provided consent to search and download data from the cellular phone with phone number ▆▆▆▆▆▆ which received the threatening messages. The data on the phone was extracted using Cellebrite. Below are screenshots from the Cellebrite extraction showing the content of the threatening messages:



From: +13054229232
To: +▆▆▆▆▆▆

Unfortunately for you Mr. ▆▆▆ you are now under a whole new set of rules and the people that have hired our group to seek the justice deserved will be given just that.

We are looking forward to meeting you in person and that day is coming sooner than you may think.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▆▆▆▆▆▆ | | 8/8/2024 9:47:08 PM(UTC+0) | |

Status: Read

8/8/2024 9:46:17 PM(UTC+0)

From: +13054229232
To:

Hello Mr. [____] you're a criminal that has been stealing from numerous people under the cloak of honesty, integrity and professionalism for years.

Lucky for you your criminal actions have produced judicial process against your person that do not seem to be applicable.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| + | | 8/8/2024 9:47:08 PM(UTC+0) | |

Status: Read

8/8/2024 9:44:20 PM(UTC+0)



From: +13054229232
To:

We are getting close

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| | | 8/31/2024 1:40:55 AM(UTC+0) | |

Status: Read

8/30/2024 11:14:18 PM(UTC+0)



From: +13054229232
To:

Our first stop shall be at 111 Gilchrist St Apt 3 Punta Gorda, Fl 33950. She's seems like a pretty girl.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| + | | 8/31/2024 1:40:55 AM(UTC+0) | |

Status: Read

8/30/2024 11:25:02 PM(UTC+0)



From: +13054229232
To:

You see Mr. [ ] people like you do not understand pain and loss. The money you have stolen over the years will be taken out of you and your families blood.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| | | 8/31/2024 1:40:55 AM(UTC+0) | |

Status: Read

8/30/2024 11:25:44 PM(UTC+0)

From: +13054229232
To:

Tick tock tick tock

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| | | 8/31/202 4 1:40:55 AM(UTC +0) | |

Status: Read

8/30/2024 11:25:53 PM(UTC+0)

11.     Based on information obtained from the Momentous Technology Grand Jury subpoena return revealing that an Apple iOS using phone number 423-609-5781 created an account using the SpoofCard application, a Grand Jury subpoena was served to Apple, Inc. requesting account identifiers associated with phone number 423-609-5781.

12.     Returns from Apple Inc. revealed Apple ID apple@topkusa.com registered to a Stan Weatherby and Apple ID stan@cloudrouted.com registered to Albert Weatherby were both associated with phone number 423-609-5781.

7

13.    On August 20, 2025, this Court issued a 2703(d) Order for Apple IDs

apple@topkusa.com and stan@cloudrouted.com. Your affiant received returns from Apple on

September 7, 2025.

14.    On September 23, 2025, your affiant received an email and voicemail from

███████████ sent to the FBI public email address.  The below screenshot were messages sent

from account stan.weatherby@icloud.com to ███████:

**1:56**



Maybe: Stan Weatherby >

**New contact information**
Stan Weatherby — Add ✕

> I left you a voicemail and I will tell you that was from the heart.

> Trusted your words like a brother

> Trusted when you said you loved me it was factual

> I think your simple confused

> You have one more opportunity to correct this – if you take the steps your are attempting to take I will tell you with 100% certainty you will see what justice is

> You can take these texts and my voicemail and send them you your fucked up, lying attorney and try to play this last dance with me

+ iMessage 🎤

9



15.    On September 22, 2025, a threatening voicemail originating from phone number (423) 930-2060 was sent to ████. The voice from the voicemail was known to ████ to be that of Weatherby. ████ also goes by the name "Jock". Below is a transcript of the voicemail left for ████:

"Hey, Jock, Stan. You and I need to talk, okay? I'm already okay with everything to a certain point, but what you did and how you did it is not acceptable. The course of events that happened over the last four or five years has been one of which that will not stand as far as justice goes. You need to give me a call back and talk to me. If not, I'm going to come to your home and you and I will talk man to man face to face. But the bullshit you've done to me, you stealing my home. There's two things in life you gotta understand, son. You don't fuck with a man's wife and you don't fuck with his home. Okay? You need to understand that, and I'm going to give you the opportunity to correct your treachery, and if you're not going to call me back, I will be there at one point in time. But you just remember the next steps you take are going to be the ones that are going to dictate the outcome."

## CONCLUSION

4.      Based upon the facts and information contained in this Affidavit, it is respectfully

submitted that probable cause exists to believe violations of Title 18 U.S.C. § 875(c)

(Threatening Interstate Communications) have been committed by ALBERT STANLEY

WEATHERBY III.

Jarrod Birchler
Special Agent
Federal Bureau of Investigation

Sworn to before me and attested to as the signature of the affiant by telephone, the documents having been transmitted to me by reliable electronic means.

On September 24 , 2025:

CYNTHIA RICHARDSON WYRICK
UNITED STATES MAGISTRATE JUDGE

11

Revised 3/30/21

# CRIMINAL CASE COVER SHEET

| By: | ☐INDICTMENT ☐SUPERSEDING Case Number: 2:25-MJ-190 |
| | ☐INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)* |
| | ☐RULE 20 |

USA V. Albert Stanley Weatherby III

☑Felony  ☐Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐Misdemeanor *(Not class A)*   ☐Petty Offense

Immigration Cases
☐Defendant is being added to existing criminal case     ☐Zone A   ☐Zone B
☐Charges/Counts Added

Name of Assigned AUSA: J. Gregory Bowman

Matter Sealed:     ☑YES     ☐NO     Place of Offense: Washington County

☐Interpreter Required   Language: _____

Issue:     ☑WARRANT     ☐SUMMONS     ☐WRIT (Motion to be filed)

Arresting Agency:   ☐DEA ☐ATF ☐USMS ☑FBI ☐Other: Jarrod Birchler

Current Trial Date (if any): _____ before Judge _____

☑Criminal Complaint Filed     Case Number: 2:25-MJ-190

☐Defendant on Supervised Release     Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐Federal Defender     ☐CJA     ☐Retained

Appointed by Target Letter     Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES:   Total # of Counts for this Defendant   1   _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 USC 875(c) | Threatening interstate communications | Y | 1 | |
| | | | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature  J. Gregory Bowman

CRIMINAL CASE COVER SHEET

Case Number 2:25-MJ-190 _____

USA v. Weatherby _____

(Continued from Page 1)

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |